**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Northern_____ District of __California__
                                     (State)

Case number (*If known*): _____ Chapter __7__

❑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7

❑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

_Li's Capital LLC_____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

3 Waters Park Drive, Suite 213
Number     Street

_____

San Mateo       CA    94403
City                   State    ZIP Code

San Mateo
County

**Mailing address, if different**

_____
Number     Street

_____
P.O. Box

_____ _____ _____
City                 State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____ _____ _____
City                 State    ZIP Code

Case: 18-30918    Doc# 1    Filed: 08/21/18    Entered: 08/21/18 15:14:35    Page 1 of 4

| 6. | **Debtor's website** (URL) | _____ |
|---|---|---|

**7.  Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑  Partnership (excluding  LLP)

❑  Other type of debtor. Specify: _____

**8.  Type of debtor's business**

*Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

❑ Unknown type of business.

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒  No

❑  Yes. Debtor _____  Relationship  _____

District _____ Date filed  _____  Case number, if known_____
                                                           MM / DD / YYYY

Debtor _____  Relationship  _____

District _____ Date filed  _____  Case number, if known_____
                                                           MM / DD / YYYY

## Part 3:  Report About the Case

**10.  Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Case: 18-30918    Doc# 1    Filed: 08/21/18    Entered: 08/21/18 15:14:35    Page 2 of 4

Debtor ___Li's Capital LLC___      Case number (if known) _____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Wuxi Luoshe Printing and Dyeing Co., Ltd. | Judgment | $ 873,315 |
| | Zhize Huang | Judgment | $72,560,730 |
| | | | $ |
| | | Total of petitioners' claims | $73,434,045 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | Ori Katz |
| Wuxi Luoshe Printing and Dyeing Co., Ltd. | Printed name |
| Name | Sheppard, Mullin, Richter & Hampton LLP |
| 90 East Zhongxing Road | Firm name, if any |
| Number   Street | Four Embarcadero Center, 17th Floor |
| Wuxi City    Jiangsu Province, China   214187 | Number   Street |
| City     Province/Country    Postal Code | San Francisco     CA    94111 |
| | City      State     ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| Zhize Huang | Contact phone   415-774-3238    Email okatz@sheppardmullin.com |
| Name | |
| 90 East Zhongxing Road | Bar number   209561 |
| Number   Street | |
| Wuxi City    Jiangsu Province, China   214187 | State     California |
| City     Province/Country    Postal Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/19/2018___
       MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed ___8/21/2018___
       MM / DD / YYYY

Case: 18-30918   Doc# 1   Filed: 08/21/18   Entered: 08/21/18 15:14:35   Page 3 of 4

Debtor     Li's Capital LLC
           _____
           Name

Case number (if known)_____

---

Name and mailing address of petitioner

Zhize Huang
_____
Name

90 East Zhongxing Road
_____
Number    Street

Wuxi City          Jiangsu Province, China    214187
_____          _____    _____
City               Province/Country         Postal Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City                        State      ZIP
Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/19/2018
            _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Ori Katz
_____
Printed name

Sheppard, Mullin, Richter & Hampton LLC
_____
Firm name, if any

Four Embarcadero Center, 17th Floor
_____
Number    Street

San Francisco                    CA          94111
_____                _____    _____
City                             State       ZIP Code

Contact phone  415-774-3238    Email okatz@sheppardmullin.com

Bar number    209561
_____

State      California
           _____

X _____
Signature of attorney

Date signed    8/21/2018
              _____
              MM / DD / YYYY

---

Case: 18-30918    Doc# 1    Filed: 08/21/18    Entered: 08/21/18 15:14:35    Page 4 of 4