**Entered on Docket**
**March 04, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: March 4, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 18-30918-DM |
| LI'S CAPITAL LLC, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| _____ | ) |

**ORDER DENYING MOTION TO DISMISS CASE**

On March 4, 2022, the court held a hearing on the Motion to Dismiss Case ("Motion") filed by Orrick, Herrington & Sutcliffe LLP and Robert Varian. Appearances are noted on the record. For the reasons stated orally on the record, it is hereby ORDERED that the Motion is DENIED.

***END OF ORDER***

-1-

<u>COURT SERVICE LIST</u>

ECF Recipients

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 18-30918    Doc# 58    Filed: 03/04/22    Entered: 03/04/22 16:48:56    Page 2 of 2